THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. READ, Life Tenant, and as Executor, etc., of MARY S. READ, Deceased, Relator, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WOOLLARD, Relator, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

SARAH REDMOND, Respondent, v. JOHN SHULTIS and Others, Appellants.— Judgment unanimously affirmed, with costs. Action for dower. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Probate of the Last Will and Testament of GEORGE R. HOLCOMB, Deceased.— Decree admitting to probate will of decedent unanimously affirmed, with costs to the respondent payable out of the estate. Objections were made because of alleged lack of testamentary capacity arising from mental weakness due to approaching death, which occurred a few hours after the will was made. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [150 Misc. 684.]

CHARLOTTE POCKROSS, as Administratrix, etc., of MORRIS POCKROSS, Deceased, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. Deceased was killed by defendant's train at railroad crossing. Question raised, other than as to weight of evidence, was propriety of charge on the subject of contributory negligence and duty of defendant to give signals. Taken as a whole the charge fairly applied the law and did not mislead the jury. There have been two trials, each resulting in a verdict for defendant. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.